**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Junior J. Rozon**
Plaintiff

V.

CIVIL ACTION

NO. **1:25-cv-11636-RGS**

**The Massachusetts Secretary of State**
Defendant

## ORDER OF DISMISSAL

Stearns, D. J.

It is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 41.1(b).

By the Court,

9/15/2025
Date

/s/ Jacqueline Martin
Deputy Clerk